UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EASTMAN,<br><br>          Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>          Defendant. | Case No.: 21cv655-GPC(KSC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Dkt. No. 2.]** |

On April 14, 2021, Plaintiff Mark Eastman ("Plaintiff"), with counsel, filed a Complaint seeking review of the Commissioner's decision denying his application for disability insurance benefits and supplemental security income. (Dkt. No. 1.) Plaintiff also concurrently filed a motion to proceed in forma pauperis ("IFP"). (Dkt. No. 2.)

All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee of $402. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999); *see* 28 U.S.C. § 1914(a).[1] Under 28 U.S.C. § 1915(a), the Court may waive

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. See 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14

1

the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a). The plaintiff must submit an affidavit demonstrating his inability to pay the filing fee, and the affidavit must include a complete statement of the plaintiff's assets. 28 U.S.C. § 1915(a)(1). The facts as to the affiant's poverty must be stated "with some particularity, definiteness, and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).

Here, Plaintiff submitted a declaration reporting that he is not presently employed and that he has not worked since March 2020. (Dkt. No. 2 at 2.) He receives $732 per month in disability and receives $10,000 per month on average in an Options Trading Account. (*Id.*) He has a checking account with a reported balance of $200. (*Id.*) He owns a 2005 Infiniti G35 vehicle. (*Id.* at 3.) He has three children, aged 18, 16 and 14 that are dependent on him. (*Id.*) He claims a total of $655 in month living expenses which results in a significant surplus per month. (*Id.*) Due to Plaintiff's monthly surplus income, the Court DENIES Plaintiff's motion to proceed IFP.

IT IS SO ORDERED.

Dated: May 27, 2021

Hon. Gonzalo P. Curiel
United States District Judge

---

(eff. Dec. 1, 2020). The additional $52 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

2

21cv655-GPC(KSC)